UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES VICKERS, SULAYMAN MUALLIUMS,
JEROME WHICHARD and GERALDINE STROUD

                Plaintiffs,            **ECF CASE**

    -against-                        Docket No. 07-CV-8144 (LTS)(MHD)

                                    **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et. al.

                Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York, Police Commissioner Raymond Kelly and Deputy Inspector Jeffrey Maddrey and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          October 30, 2007

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of
                                          the City of New York
                                          Attorney for defendant City of New York
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 442-0832
                                          (212) 788-9776 (fax)

                                          By:   s/ Hugh A. Zuber            .
                                              Hugh A. Zuber (HZ 4935)
                                              Assistant Corporation Counsel

- 2 -

TO:    The Clerk of the Court (By ECF)
         United States District Court
         Southern District of New York
         500 Pearl Street
         New York, New York 10007

CC:    Nicole Bellina, Esq.
         Stoll, Glickman & Bellina, LLP
         71 Nevins Street
         Brooklyn, New York 11217