```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JAMES VICKERS, et al.               :
                Plaintiffs,         :    ORDER
         -against-                  :    07 Civ. 8144 (LTS)(MHD)
                                    :
THE CITY OF NEW YORK, et al.
                Defendants.         :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **FEBRUARY 21, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
December 27, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Nicole Marie Bellina, Esq.
Stoll, Glickman & Bellina LLP
71 Nevins Street
Brooklyn, NY 11217
Fax: 718-852-4491

Hugh A. Zuber, Esq.
New York City Department of Law
100 Church Street
New York, NY 10007
Fax: 212-788-9776