UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JAMES VICKERS, SULAYMAN MUALLIUMS,
JEROME WHICHARD AND GERALDINE STROUD,

                        Plaintiffs,

     -against-

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY, DEPUTY
INSPECTOR JEFFREY MADDREY, JOHN DOE
POLICE OFFICERS # 1-10,

                        Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07-CV-8144 (LTS) (MHD)

        **WHEREAS**, plaintiffs commenced this action by filing a complaint on or about September 17, 2007, alleging that defendants violated their federal civil and state common law rights; and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiffs allegations; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2. Defendant City of New York, hereby agrees to pay plaintiffs **GERALDINE STROUD, SULAYMAN MUALLIUMS, JEROME WHICHARD** and **JAMES VICKERS**, the sum of **TWENTY ONE THOUSAND FIVE HUNDRED ($21,500.00) DOLLARS**, to be allocated in the amounts of **SEVEN THOUSAND SEVEN**

HUNDRED AND FIFTY ($7,750.00) DOLLARS for plaintiff **GERALDINE STROUD**; **SEVEN THOUSAND SEVEN HUNDRED AND FIFTY ($7,750.00) DOLLARS** for plaintiff **SULAYMAN MUALLIUMS**; **FIVE THOUSAND ($5,000.00) DOLLARS** for plaintiff **JEROME WHICHARD**; and **ONE THOUSAND ($1,000.00) DOLLARS** for plaintiff **JEROME VICKERS**, in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiffs agree to the dismissal of all the claims against defendants City of New York, Police Commissioner Raymond Kelly and Deputy Inspector Jeffrey Maddrey, and to release all defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorney's fees, expenses, and costs.

    3.     Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release based on the terms of paragraph "2" above and an Affidavit of No Liens.

    4.     Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

    5.     Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

    6.     This Stipulation and Order contains all the terms and conditions agreed

upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       February 29, 2008

| | |
|---|---|
| STOLL, GLICKMAN & BELLINA<br>71 Nevins Street<br>Brooklyn, New York 11217<br>Attorneys for Plaintiffs | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, N.Y. 10007<br>(212) 442-0832 |
| By: _____<br>Nicole Bellina<br>Attorney for Plaintiffs | By: _____<br>Hugh A. Zuber<br>Assistant Corporation Counsel |

SO ORDERED:

_____ 3/20/2008
HON. LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE